## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| | **NO.  23-132** |
| **v.** | |
| | |
| **TEREVE WEST** | |
| *Register # 51549-510* | |
| FDC Philadelphia | |

## O R D E R

**AND NOW**, this 21st day of November, 2023, upon consideration of the Defendant's

Motion to Dismiss the Indictment (ECF 13), the Government's Response in Opposition (ECF

14), and the parties' arguments at a hearing in open court, **IT IS ORDERED** that Defendant's

Motion is **DENIED**.


**BY THE COURT:**


*/s/ Wendy Beetlestone*
_____

**WENDY BEETLESTONE, J.**